UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE RICE,

            Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

21-cv-373 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/06/2021

JOHN G. KOELTL, District Judge:

    The plaintiff, appearing pro se, has filed an application to proceed without the payment of fees, that is, in forma pauperis (IFP), which this Court granted on January 19, 2021. The IFP application stated that the plaintiff was seeking judicial review of a Title XVI Social Security Disability Benefits determination. The plaintiff attached to the application a copy of her Statement of Claimant or Other Person (SSA-795). However, the plaintiff has not filed a Complaint, and it is not clear whether the plaintiff has filed a claim application with the Social Security Administration, and if so, whether the Commissioner has reached a final decision on her application.

    By Order, dated February 9, 2021, the Court instructed the plaintiff to file a Complaint, with the required information and additional papers, necessary to support her claim, provided the plaintiff had appropriately exhausted the administrative review process. See ECF No. 5. No Complaint has been filed.

The plaintiff should file a Complaint within 30 days or this case will be dismissed without prejudice for failure to prosecute. If plaintiff needs assistance with this matter, she may contact the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in the Southern District of New York. A copy of the flyer with details of the clinic is attached to this order.

The Court requests that the Clerk mail a copy of both this Order and the Order issued on (ECF No. 5) to the plaintiff.

**SO ORDERED.**

**Dated:** New York, New York
July 6, 2021

_____
John G. Koeltl
**United States District Judge**

**New York County Lawyers Association**
**Social Security SDNY Project**
*Pro Bono Programs*

## To all individuals who have <u>Social Security</u> or <u>Supplemental Security Income</u> cases:

The New York County Lawyers Association has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek, at (212) 349-0900. We cannot promise that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

*Anthe Maria Bova*

Anthe Maria Bova

General Counsel & Director of Pro Bono Programs